Anton Ewing
3077 Clairemont Dr. #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com



FILED
MAR 1 4 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ℅V                      DEPUTY

Plaintiff In Pro Per

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Anton Ewing,** | Civil Case No. 22-cv-00215-JO-BGS |
| Plaintiff, | **PROOF OF SERVICE ON PREMIUM MERCHANT FUNDING ONE, LLC, A LIMITED LIABILITY COMPANY** |
| vs. | |
| **Premium Merchant Funding One, LLC** | |
| Defendant. | |

I, Jocelyn Segura, declare as follows:

1. At the time of service, I was at least 18 years of age and **not a party to this lawsuit.**

2. I served copies of the summons, complaint, Notice of a Lawsuit and Request to Waive Service of a Summons, Civil Cover Sheet, Waiver of

Service of Summons, and Self Addressed Stamped Envelope (hereinafter referred to as "copies").

3. I served the defendant Premium Merchant Funding One, LLC, I served the copies on February 17, 2022 by:

   a. **Mail Service on a Defendant located outside of California** in compliance with the Federal Rules of Civil Procedure. I mailed copies to the defendant, located outside of California, via certified or registered mail, first class postage prepared to:

   Premium Merchant Funding One, LLC, 470 S Hamel Dr. Los Angeles, CA 90048. **Tracking number #9590 9402 5386 9189 0601 02 and Receipt tracking #7021 2720 0003 0942 4845**

4. My name, address, and telephone number are: Jocelyn Segura, 3077 B Clairemont Drive, San Diego, CA 92117. 619-822-5753

5. I am a registered California process server with license number 3237.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2022 in the county of San Diego, CA.

*[signature]*

Jocelyn Segura, #3237

# EXHIBIT 'A'

22CV215 JO BGS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Premium Merchant Funding One, LLC
Agent for Service of Process; Behnaz Zahda
470 S Hamel Dr.
Los Angeles, CA 90048

9590 9402 5386 9189 0601 02

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☒ Agent
☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
BEHNAZ ZAHAB   2/24/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# EXHIBIT 'B'

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

19-B54924

**FILED**

In the office of the Secretary of State
of the State of California

APR 17, 2019

**This Space For Office Use Only**

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees** — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
PREMIUM MERCHANT FUNDING ONE, LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201627710140 | NEW YORK |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>55 Water St Fl 50 | New York | NY | 10041 |
| b. Mailing Address of LLC, if different than item 4a<br>55 Water St Fl 50 | New York | NY | 10041 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>470 S HAMEL DR | LOS ANGLES | CA | 90048 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b<br>Abe | Middle Name | Last Name<br>Burger | Suffix |
|---|---|---|---|

b. Entity Name - Do not complete Item 5a

| c. Address<br>55 Water St Fl 50 | City (no abbreviations)<br>New York | State<br>NY | Zip Code<br>10041 |
|---|---|---|---|

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation)<br>BEHNAZ | Middle Name | Last Name<br>ZAHAB | Suffix |
|---|---|---|---|
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box<br>470 S HAMEL DR | City (no abbreviations)<br>LOS ANGLES | State<br>CA | Zip Code<br>90048 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Financial Services

**8. Chief Executive Officer, if elected or appointed**

| a. First Name<br>Elie | Middle Name | Last Name<br>Golshan | Suffix |
|---|---|---|---|
| b. Address<br>55 Water St Fl 50 | City (no abbreviations)<br>New York | State<br>NY | Zip Code<br>10041 |

**9. The information contained herein, including any attachments, is true and correct.**

| 04/17/2019 | Or Florian | Underwriter | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

LLC-12 (REV 01/2017)    Page 1 of 1    2017 California Secretary of State
www.sos.ca.gov/business/be