HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com
        abe.colman@hklaw.com

*Attorneys for Defendant*
*Premium Merchant Funding One, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>        Plaintiff,<br><br>vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>        Defendant. | Case No.: 3:22-cv-00215-JO-BGS<br><br>**DECLARATION OF ZACHARY C. FRAMPTON IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S MOTION TO STAY PENDING REVIVOR OF ITS CORPORATE STATUS**<br><br>Date:       August 10, 2022<br>Time:       9:00 a.m.<br>Courtroom:  4C<br><br>**PER CHAMBERS: NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint filed: February 16, 2022<br><br>Judge Jinsook Ohta<br>Magistrate Judge Bernard G. Skomal |

///
///
///
///
///

DECLARATION OF ZACHARY C. FRAMPTON

## DECLARATION OF ZACHARY C. FRAMPTON

I, Zachary C. Frampton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Holland & Knight, counsel of record in this action for Defendant Premium Merchant Funding One, LLC ("PMF"). I am over the age of eighteen and provide this declaration in connection with PMF's Motion to Stay pending revivor of PMF's corporate status in California. I have personal knowledge of the facts contained in this Declaration and if called upon to do so, could and would competently testify to these facts.

2. On May 2, 2022, PMF filed its Answer to the Complaint. ECF No. 4. One week later, on May 9, 2022, Plaintiff Anton E. Ewing emailed me and informed me that PMF's corporate status had been forfeited in California with the FTB. Prior to this notification from Plaintiff, I had no knowledge that PMF's corporate status had been forfeited in California.

3. I informed Mr. Ewing that PMF would be filing this Motion for a brief stay pending revivor of its corporate status. In that same email, I asked Mr. Ewing for the professional courtesy of his patience while revivor is effectuated.

4. Since Mr. Ewing informed me about PMF's corporate status, he has made numerous unfounded accusations against me, he has been unprofessional, and his behavior has bordered on harassing. For example, On May 9, 2022, Plaintiff falsely accused me of "violat[ing] [my] duty of candor to the Court by failing to inform the Court that [PMF] is forfeited and thus prohibited from defending itself in a court of law in CA." The next day, on May 10, 2022, Mr. Ewing emailed me again and informed me that he set a motion hearing date to have me disbarred. In the same email, Mr. Ewing purported to place me under citizen's arrest pursuant to PC §834 and 837, a claim Mr. Ewing has repeated numerous times by email over the last month. Mr. Ewing has also repeatedly accused me of engaging in deceit and criminal activity and purports to have me him to the District Attorney for prosecution.

- 2 -

DECLARATION OF ZACHARY C. FRAMPTON

5. Mr. Ewing has harassed me by knowingly and repeatedly calling me while I am engaged in a meeting. For example, on June 3, 2022, Mr. Ewing called my work number 69 times in a span of 23 minutes, from 10:02 a.m. to 10:24 a.m. I was engaged in a work meeting on Zoom from 10:00 a.m. to 10:30 a.m. Each time Mr. Ewing called, my phone would ring through my computer, which was audible to me and the other meeting attendees. After the first six calls flooded in within a matter of three minutes, I emailed Mr. Ewing at 10:05 a.m. and informed him that I was "in a Zoom meeting" and that his previous six calls (from 10:02 a.m. to 10:05 a.m.) had "disturbed the meeting." Two minutes later, he responded to this email by declaring: "we are conducting a Rule 26f conference … pick up the phone." During the remainder of the meeting, Mr. Ewing called me 63 more times.

6. Mr. Ewing sent me an email notifying me that a California LLC named "Premium Merchant Funding One, LLC" had recently been formed. On June 21, 2022, I ran an entity search on the California Secretary of State's Website. My search terms were "premium merchant funding." This search resulted in two "Premium Merchant Funding One, LLC" entities doing business in California, one of which is the Defendant in this case. The other entity was formed on May 16, 2022, and its agent is named "Anton Ewing." Attached to this Declaration is a true and correct copy of the results of my search on the California Secretary of State's Website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2022.         */s/ Zachary C. Frampton*
                                   Zachary C. Frampton

- 3 -
DECLARATION OF ZACHARY C. FRAMPTON

# Attachment to
# Zachary C. Frampton's Declaration

California
Secretary of State

Home
Search
Forms
Help

Business UCC

Login

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

***Basic Search***

- *A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.*

***Advanced Search***

- *An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*
- *An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

***Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

premium merchant funding

Advanced

Results: 2

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
| PREMIUM MERCHANT FUNDING ONE, LLC (201627710140) | 09/26/2016 | Forfeited - FTB | Limited Liability Company - Out of State | NEW YORK | ELIE COHEN |
| Premium Merchant Funding One, LLC (202250717519) | 05/16/2022 | Active | Limited Liability Company - CA | CALIFORNIA | Anton Ewing |

© 2022 CA Secretary of State

Premium Merchant Funding One, LLC (202250717519)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 05/16/2022 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | CALIFORNIA |
| *Entity Type* | Limited Liability Company - CA |
| *Principal Address* | 3077 CLAIREMONT DRIVE SAN DIEGO, CA 92117 |
| *Mailing Address* | 3077 CLAIREMONT DRIVE SAN DIEGO, CA 92117 |
| *Statement of Info Due Date* | 08/31/2022 |
| *Agent* | Individual<br>5582655<br>Anton Ewing<br>3077 CLAIREMONT DRIVE<br>372<br>SAN DIEGO, CA 92117 |

View History Request Access

