HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com
　　　　abe.colman@hklaw.com

*Attorneys for Defendant*
*Premium Merchant Funding One, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>　　　　Defendant. | Case No.: 3:22-cv-00215-JO-BGS<br><br>**DECLARATION OF ABE BURGER IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S MOTION TO STAY PENDING REVIVOR OF ITS CORPORATE STATUS**<br><br>Date:　　　　August 10, 2022<br>Time:　　　　9:00 a.m.<br>Courtroom:　4C<br><br>**PER CHAMBERS: NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint filed: February 16, 2022<br><br>Judge Jinsook Ohta<br>Magistrate Judge Bernard G. Skomal |

///
///
///
///
///

DECLARATION OF ABE BURGER

# DECLARATION OF ABE BURGER

I, Abe Burger, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Chief Operating Officer of Premium Merchant Funding One, LLC ("PMF"), a New York Limited Liability Company. I am over the age of eighteen and provide this declaration in connection with PMF's Motion to Stay pending revivor of PMF's corporate status in California. I have been in this role for approximately seven (7) years. In connection with this role, I am a custodian of records for PMF. I have personal knowledge of the facts contained in this Declaration and if called upon to do so, could and would competently testify to these facts.

2. On February 26, 2022, Plaintiff Anton Ewing ("Plaintiff") filed his Complaint in the above-entitled action against PMF. On May 2, 2022, PMF filed its Answer and Affirmative Defenses to Plaintiff's Complaint.

3. Upon learning that Premium Merchant Funding's corporate status had been forfeited by the FTB, PMF contacted the FTB in an effort to promptly revive its corporate status in California.

4. The FTB advised that PMF needed to file its 2016 through 2021 California tax returns. The 2016 through 2018 returns must be sent by certified mail. The 2019 through 2021 returns can be electronically submitted. Once the returns are submitted, PMF will know the amount in fees and penalties it will owe. PMF will then promptly pay whatever penalties and fees are due.

5. PMF is working diligently to complete and submit the necessary tax returns. PMF anticipates it will submit all outstanding tax returns and pay all penalties and fees within 30 days of filing its Motion to Stay.

6. The FTB informed us that when the fees and penalties are paid, PMF may file a reviver letter (Form 3557), which will effectuate revivor of PMF's corporate status. The FTB further advised that it will take an additional four to eight weeks from the time PMF's files the reviver letter for the FTB to effectuate revivor.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

7. Based on these estimated timelines, I anticipate PMF's corporate status will be revived on or before September 14, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 24___, 2022.

_____
Abe Burger

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

- 3 -
DECLARATION OF ABE BURGER