| | |
|---|---|
| 1 | HOLLAND & KNIGHT LLP |
| 2 | Abraham J. Colman (SBN 146933) |
|   | Zachary C. Frampton (SBN 303225) |
| 3 | 400 South Hope Street, 8th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Telephone: 213.896.2400 |
|   | Fax: 213.896.2450 |
| 5 | E-mail: zac.frampton@hklaw.com |
|   |         abe.colman@hklaw.com |
| 6 | |
|   | *Attorneys for Defendant* |
| 7 | *Premium Merchant Funding One, LLC* |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING, | Case No.: 3:22-cv-00215-JO-BGS |
| Plaintiff, | **FIRST SUPPLEMENTAL DECLARATION OF ABE BURGER IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S MOTION TO STAY PENDING REVIVOR OF ITS CORPORATE STATUS** |
| vs. | |
| PREMIUM MERCHANT FUNDING ONE, LLC, | |
| Defendant. | Date: August 10, 2022 |
| | Time: 9:00 a.m. |
| | Courtroom: 4C |
| | **PER CHAMBERS: NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| | Complaint filed: February 16, 2022 |
| | Judge Jinsook Ohta |
| | Magistrate Judge Bernard G. Skomal |

///

///

///

///

///

FIRST SUPPLEMENTAL DECLARATION OF ABE BURGER

## FIRST SUPPLEMENTAL DECLARATION OF ABE BURGER

I, Abe Burger, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am Chief Operating Officer of Premium Merchant Funding One, LLC ("PMF"), a New York Limited Liability Company. I am over the age of eighteen and provide this supplemental declaration in connection with PMF's Motion to Stay pending revivor of PMF's corporate status in California. I have been in this role for approximately seven (7) years. In connection with this role, I am a custodian of records for PMF. I have personal knowledge of the facts contained in this Declaration and if called upon to do so, could and would competently testify to these facts.

2. The Franchise Tax Board ("FTB") advised PMF that in order to revive its corporate status in California, it needed to file its 2016 through 2021 California tax returns, file an application for a certificate of revivor (Form 3557), and pay back-due taxes and/or penalties.

3. As of the date of this supplemental declaration's filing, PMF has submitted via certified mail its completed 2016 through 2021 California tax returns to the FTB. As required, PMF has also faxed to the FTB an application for a certificate of reviver (Form 3557). When the FTB informs PMF the amount in taxes and/or penalties it owes, PMF will promptly pay the amount to effectuate revivor.

4. PMF will also promptly notify the Court of any further, significant developments in the revivor process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 7__, 2022.



Abe Burger

- 2 -

FIRST SUPPLEMENTAL DECLARATION OF ABE BURGER