HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com
abe.colman@hklaw.com

*Attorneys for Defendant*
*Premium Merchant Funding One, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTON A. EWING,<br><br>           Plaintiff,<br><br>vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>Defendant. | Case No.: 3:22-cv-00215-JO-BGS<br><br>**SUPPLEMENTAL DECLARATION OF ZACHARY C. FRAMPTON IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S MOTION TO STAY PENDING REVIVOR OF ITS CORPORATE STATUS**<br><br>Date:         August 10, 2022<br>Time:         9:00 a.m.<br>Courtroom:  4C<br><br>**PER CHAMBERS: NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint filed: February 16, 2022<br><br>Judge Jinsook Ohta<br>Magistrate Judge Bernard G. Skomal |

///
///
///
///
///
///

SUPPLEMENTAL DECLARATION OF ZACHARY C. FRAMPTON

## SUPPLEMENTAL DECLARATION OF ZACHARY C. FRAMPTON

I, Zachary C. Frampton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Holland & Knight, counsel of record in this action for Defendant Premium Merchant Funding One, LLC ("PMF"). I am over the age of eighteen and provide this supplemental declaration in connection with PMF's Motion to Stay pending revivor of PMF's corporate status in California. I have personal knowledge of the facts contained in this Declaration and if called upon to do so, could and would competently testify to these facts.

2. On June 24, 2022, I submitted a Declaration in support of PMF's Motion to Stay. ECF No. 12-1. In my Declaration at Paragraph 6, I stated that "Mr. Ewing sent me an email notifying me that a California LLC named 'Premium Merchant Funding One, LLC' had recently been formed." On June 29, 2022, Mr. Ewing emailed me a copy of his second motion to have me disbarred. In that motion, Mr. Ewing contends he never sent an email notifying me that a new entity named Premium Merchant Funding One, LLC had been formed.

3. Upon further review of my email records, I realize now that I was mistaken. This was inadvertent. The email I was referring to, which Mr. Ewing sent on June 3, 2022 (the same day Mr. Ewing called me 69 times within a half hour and interrupted my Zoom meeting), appears to contain information regarding Premium Merchant Funding One, LLC's status as a "California Finance Lender." PMF's license status, according to Mr. Ewing's email, is "active." I mistakenly interpreted this email as a notification that PMF's status with the Secretary of State was "active." When I later searched the Secretary of State's website, I saw that a new PMF entity had been formed on May 16, 2022 with "Anton Ewing" as the registered agent.

4. In any event, the fact that a new PMF entity had been formed on May 16, 2022 with "Anton Ewing" as the registered agent appears to show that Mr. Ewing

is engaging in gamesmanship with respect to PMF's efforts to revive its corporate status.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2022.                    /s/ Zachary C. Frampton
                                             Zachary C. Frampton