HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com
          abe.colman@hklaw.com

*Attorneys for Defendant*
*Premium Merchant Funding One, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ANTON A. EWING, | Case No.: 3:22-cv-00215-JO-BGS |
|---|---|
| Plaintiff, | **DECLARATION OF ZACHARY C. FRAMPTON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER, ENTER ITS DEFAULT, AND DISBAR DEFENSE COUNSEL** |
| vs. | |
| PREMIUM MERCHANT FUNDING ONE, LLC, | |
| Defendant. | Date:        August 3, 2022<br>Time:        9:00 a.m.<br>Courtroom:  4C |
| | **PER CHAMBERS: NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |
| | Complaint filed: February 16, 2022 |
| | Judge Jinsook Ohta<br>Magistrate Judge Bernard G. Skomal |

///
///
///
///
///
///

DECLARATION OF ZACHARY C. FRAMPTON

## DECLARATION OF ZACHARY C. FRAMPTON

I, Zachary C. Frampton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Holland & Knight, counsel of record in this action for Defendant Premium Merchant Funding One, LLC ("PMF"). I am over the age of eighteen and provide this declaration in connection with PMF's Opposition to Plaintiff's Motion to Strike PMF's Answer, Enter its Default, and Disbar me. I have personal knowledge of the facts contained in this Declaration and if called upon to do so, could and would competently testify to these facts.

2. On June 24, 2022, the same day PMF filed its Stay Motion, Mr. Ewing emailed me and stated: "Your motion that you filed today is baseless, frivolous and devoid of merit. You have 21 days from today to withdraw your motion or face sanctions under Rule 11. If you want to meet and confer, let me know. You have also made material false statements to the Court under oath. I will take all available legal action against you today." That same day, Mr. Ewing emailed me again and suggested that "maybe" PMF has "bad legal counsel."

3. On July 7, 2022, Mr. Ewing emailed me yet again and stated: "You are engaging in a crime by filing declarations with the court as you are not allowed to practice law while your client's entity is forfeited. Further, calling me a person engaging in 'gamesmanship' is a violation of LR 2.1. You just earned yourself another Bar complaint and another motion to sanction you."

4. That same day, on July 7, 2022, Mr. Ewing emailed me again and stated:

> You stated that I sent you an email about the LLC formation. In your declaration signed under penalty of perjury today you confessed: 'Upon further review of my email records, I realize now that I was mistaken. This was inadvertent.' You do not get to get away with a Rule 11 violation by simply further declaring that what you did was 'inadvertent' and that you were simply 'mistaken.' You signed the court-filed papers pursuant to Rule 11 wherein you assert, as an attorney at law, that your 'factual contentions have evidentiary support' but in fact they did not. You slandered and disparaged me in front of the Judge. You will not get away with this. I am filing

another motion to have you disbarred.  On day 21, I am filing yet another Rule 11 motion to sanction you.  You had better stop this nasty and unprofessional attitude.  I will not stand for it.  I will not let you get away with it.

5. On July 15, 2022, Mr. Ewing emailed me and stated: "Do unto others as you would have them do unto you.  This is the essence of the Law.  Matthew 7:12."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2022.             /s/ *Zachary C. Frampton*
                                       Zachary C. Frampton

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

- 3 -
DECLARATION OF ZACHARY C. FRAMPTON