Anton Ewing (NOT AN ATTORNEY)
3077 Clairemont Drive #372
San Diego, CA 92117
619-719-9640
anton@antonewing.com

Plaintiff In Pro Per

FILED
JUL 18 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>Plaintiff,<br><br>vs.<br><br>Premium Merchant Funding One, LLC,<br><br>Defendant. | Civil Case No. 22-CV-0215-JO-BGS<br><br>**DECLARATION OF CITITZEN'S ARREST PURSUANT TO PC §834 AND PC §837 FOR VIOLATION OF R&T 19719 OF ZACHARY FRAMPTON**<br><br>**(Hon. District Judge Jinsook Ohta)** |

I, Anton Ewing, hereby place Zachary C. Frampton, under citizen's arrest pursuant to California Penal Code section 834 and section 837 for his knowing and willful violation of California Revenue and Taxation Code section 19719. The public offense was committed or attempted in my presence. I have personal knowledge of the facts herein. I am over the age of 18 and a resident of California.

**PC §837.** A private person may arrest another:

1. For a public offense committed or attempted in his presence.

DECLARATION OF ARREST FOR ZACHARY C. FRAMPTON - 1

2. When the person arrested has committed a felony, although not in his presence.

3. When a felony has been in fact committed, and he has reasonable cause for believing the person arrested to have committed it.

**PC §834.** An arrest is taking a person into custody, in a case and in the manner authorized by law. An arrest may be made by a peace officer or by a private person.

**R&T §19719(a):** Any person who attempts or purports to exercise the powers, rights, and privileges of a corporation that has been suspended pursuant to Section 23301 or who transacts or attempts to transact intrastate business in this state on behalf of a foreign corporation, the rights and privileges of which have been forfeited pursuant to the section, is punishable by a fine of not less than two hundred fifty dollars ($250) and not exceeding one thousand dollars ($1,000), or by imprisonment not exceeding one year, or both fine and imprisonment.

**B&P §6128:** Every attorney is guilty of a misdemeanor who either:

(a) Is guilty of any deceit or collusion, or consents to any deceit or collusion, with intent to deceive the court or any party.

(b) Willfully delays his client s suit with a view to his own gain.

(c) Willfully receives any money or allowance for or on account of any money which he has not laid out or become answerable for.

DECLARATION OF ARREST FOR ZACHARY C. FRAMPTON - 2

Any violation of the provisions of this section is punishable by imprisonment in the county jail not exceeding six months, or by a fine not exceeding two thousand five hundred dollars ($2,500), or by both.

**B&P §6126:** (a) Any person advertising or holding himself or herself out as practicing or entitled to practice law or otherwise practicing law who is not an active licensee of the State Bar, **or otherwise authorized pursuant to statute** or court rule to practice law in this state at the time of doing so, is guilty of a misdemeanor punishable by up to one year in a county jail or by a fine of up to one thousand dollars ($1,000), or by both that fine and imprisonment. (*emphasis added*)

**Basis for arrest:**

1. On July 15, 2022, arrestee Zachary C. Frampton did knowingly, willfully and intentionally sign and file ECF No. 18 and 18-1 in case number 22cv0215-JO-BGS when he had no legal authority to do so.

2. On July 15, 2022, arrestee Zachary C. Frampton knew that his client, Defendant Premium Merchant Funding One, LLC, a New York limited liability company (herein "PMFO") (Entity No. 201627710140) was forfeited by the FTB and Secretary of State of California thereby prohibiting PMFO from defending in this case.

3. PMFO is not allowed to exercise its powers, including defending itself in a court of law through Zachary C. Frampton while it is in a forfeited status with the California Secretary of State. Unless and until the FTB

DECLARATION OF ARREST FOR ZACHARY C. FRAMPTON - 3

and Secretary of State restore and revive PMFO back into good standing, no power or rights of the entity can be exercised.

4. Zachary C. Frampton did knowingly, willfully and intentionally exercise the powers of a company in good standing by filing ECF No. 18 and 18-1 (PageID.192) in the Southern District of California, United States Federal District Court in the civil case of *Ewing vs. Premium Merchant Funding One, LLC*, a New York limited liability company, 22cv0215-JO-BGS.

5. At PageID.203, Zachary C. Frampton declared under oath that he is "an attorney with the law firm of Holland & Knight, counsel of record in this action for Defendant Premium Merchant Funding One, LLC." *See* ECF No. 18-1 filed 7/15/2022.

6. Zachary C. Frampton is not authorized by statute to practice law in the US Federal District Court, Southern District of California on behalf of PMFO from 8/2/2021 up to and including 7/15/2022.

The above statements are true and correct. I have expressly informed Zachary C. Frampton of this citizen's arrest and advised him of the basis therefor.

Dated this 15th day of July, 2022

/s/ Anton Ewing
Anton Ewing
Plaintiff in pro per

DECLARATION OF ARREST FOR ZACHARY C. FRAMPTON - 4

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and have served on Defendant as follows:

**22-cv-00215-JO-BGS Notice has been electronically mailed to:**

I have served a copy of this document on Defendant's attorney of record.

HOLLAND & KNIGHT LLP
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

and by US Mail, postage pre-paid, first class to:

HOLLAND & KNIGHT LLP
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

As well as all other CM/ECF users registered in this matter via the CM/ECF system.

I swear under penalty of perjury that the above was served as stated.
Dated: July 15, 2022

/S/ Anton Ewing
Anton Ewing

DECLARATION OF ARREST FOR ZACHARY C. FRAMPTON - 5