Anton A. Ewing (not an attorney)
3077 Clairemont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

Plaintiff in pro per

**FILED**
JUL 20 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  GGV  DEPUTY

# THE UNITED STATES FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton A. Ewing, an individual<br><br>Plaintiff,<br><br>vs.<br><br>**Premium Merchant Funding One, LLC.**<br><br>Defendant. | Civil Case No. **22-cv-00215-JO-BGS**<br><br>**NOTICE OF MOTION**<br><br>**MOTION TO STRIKE ECF No. 18 AND ECF No. 22 AND FIFTH MOTION TO DISBAR FRAMPTON FROM FEDERAL BAR**<br><br>Date: 10/12/2022<br>Time: 9:00AM<br><br>*The Honorable Judge Jinsook Ohta* |

Plaintiff Anton A. Ewing gives notice that he is hereby filing this motion to strike the Response at ECF No. 18 and ECF No. 22 pursuant to FRCP 12(f) and to disbar attorney Zachary Frampton from the federal bar of the Southern District of California, United States Federal District Court. The hearing on said motion is set for October 12, 2022 at 9:00 AM before the Honorable District Judge Jinsook Ohta. Oral argument is at the District Judge's sole discretion and an order thereon

MOTION TO STRIKE THE RESPONSE FILED AT ECF No. 18 and 22 and Disbar Frampton from Federal Bar - 1

22CV0215

1 | may be posted. Unless ordered, there will be no oral argument. No Proof of
2 | Service was submitted with ECF No. 22.

Dated: July 20, 2022

Anton Ewing<br>
/S/ Anton Ewing<br>
Anton Ewing, Plaintiff<br>
Pro per

MOTION TO STRIKE THE RESPONSE FILED AT ECF No. 18 and 22 and Disbar Frampton from Federal Bar - 2

22CV0215

Anton Ewing (not an attorney)
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640

Plaintiff In *Pro Per*

## FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Premium Merchant Funding One, LLC.<br><br>Defendant. | Civil Case No. **22-cv-00215-JO-BGS**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE ECF No. 18 AND ECF No. 22 AND FIFTH MOTION TO DISBAR FRAMPTON FROM FEDERAL BAR**<br><br>Date: 10/12/2022<br>Time: 9:00 AM<br><br>**NO ORAL ARGUMENT UNLESS ORDERED**<br><br>*The Honorable Judge Jinsook Ohta* |

1. Plaintiff Anton Ewing ("Ewing") hereby respectfully moves the District Court to strike the Response at ECF Nos. 18 and 22, pursuant to FRCP 12(f), filed by Defendant as improperly and illegally filed in violation of California Revenue and Taxation Code §19719 and to disbar attorney Zachary Frampton from the federal bar in the Southern District of California, United States Federal District Court. Frampton also failed to submit a proof of service for ECF No. 22.

MOTION TO STRIKE THE RESPONSE FILED AT ECF No. 18 and 22 and Disbar Frampton from Federal Bar - 3

2. Frampton has knowingly and willfully committed the crime of exercising rights, powers and privileges of an entity (R&T §19719) when said entity is forfeited by the FTB and Secretary of State by filing documents, other than a motion to stay, on the public ECF docket of the Southern District of California. Further, since Frampton knows that he is not allowed to file any documents in the public docket without express authority, he is engaging in the unauthorized practice of law. Frampton could have asked the Court for permission to file, but he did not. His acts and actions are not only criminal, they are disrespectful to the authority and power of this honorable Court.

3. It is illegal for an entity to defend itself in a court when it is not in good standing (forfeited) with the Secretary of State. "A suspended corporation may not prosecute or defend an action. (Rev. & Tax. Code, § 19719, subd. (a); *Reed v. Norman* (1957) 48 Cal.2d 338, 343 [309 P.2d 809].)" *El Escorial Owners' Ass'n v. DLC Plastering, Inc.*, 154 Cal. App. 4th 1337, 1349-50, 65 Cal. Rptr. 3d 524, 534 (2007). This law is clear. Frampton knows better than to be a scofflaw and disrespect the power and authority of this Court. His conduct is shameful and harmful to the efficient operations of the federal judiciary. Frampton himself has filed a motion to stay and cited caselaw that only gives him and his client the sole right to ask the Court to stay the case pending application for revivor. No case,

MOTION TO STRIKE THE RESPONSE FILED AT ECF No. 18 and 22 and Disbar Frampton from Federal Bar - 4

not statute, and no regulation grants any power whatsoever for Frampton to engage in any litigation or defense of this action otherwise.

4. R&T §19719 provides: "(a) Any person who attempts or purports to exercise the powers, rights, and privileges of a corporation that has been suspended pursuant to Section 23301 or who transacts or attempts to transact intrastate business in this state on behalf of a foreign corporation, the rights and privileges of which have been forfeited[1] pursuant to the section, is punishable by a fine of not less than two hundred fifty dollars ($250) and not exceeding one thousand dollars ($1,000), or by imprisonment not exceeding one year, or both fine and imprisonment." Frampton is committing crimes and he needs to be stopped. The evidence is indisputable.

5. R&T §23301 provides: "Except for the purposes of filing an application for exempt status or amending the articles of incorporation as necessary either to perfect that application or to set forth a new name, the corporate powers, rights and privileges of a domestic taxpayer may be suspended, and the exercise of the corporate powers, rights and privileges of a foreign taxpayer in this state may be forfeited." The Franchise Tax Board and the Secretary of State have exactly done just that.

---

[1] Defendant has in fact been "forfeited" and not just "suspended" or "terminated".

MOTION TO STRIKE THE RESPONSE FILED AT ECF No. 18 and 22 and Disbar Frampton from Federal Bar - 5

5. The Court is requested to take judicial notice of the fact that Defendant has been forfeited in California and is not in good standing according to the California Secretary of State. Defendant has been operating illegally in California since September 30, 2020. On August 2, 2021 the California Franchise Tax Board ordered the California Secretary of State to forfeit Premium Merchant Funding One, LLC's rights. See control ID LBA32745013. Further, Defendant has not paid its state taxes in California. The Court is also requested to take judicial notice of the fact that Frampton has filed a stay motion admitting that he knows his client is forfeited.

6. No corporation, LLC or other entity, foreign or domestic, may operate in California in violation of R&T §19719. Doing so is itself a criminal act that carries jail time. This is not a parking ticket. Attorney Zachary C. Frampton has violated §19719 by representing said Defendant in this Court by filing a Response at ECF No. 18 and ECF No. 22 when the Defendant was forfeited by the FTB and SOS. *United Medical Management Ltd. v. Gatto*, 49 Cal.App.4th 1732, 1741 (1996). *Ferras v. Husqvarna Constr. Prods. N. Am.*, No. C 16-01081 SBA, 2016 U.S. Dist. LEXIS 85605 (N.D. Cal. June 30, 2016). *Fresno Rock Taco, LLC v. Nat'l Sur. Corp.*, No. CV F 11-0845 LJO BAM, 2012 U.S. Dist. LEXIS 73286 (E.D. Cal. May 24, 2012). *See, e.g., Palm Valley Homeowners Ass'n Inc. v. Design MTC,* 85 Cal. App. 4th 553, 560, 102 Cal. Rptr. 2d 350 (4th Dist. 2000) (when a

corporation is suspended, it is "disabled from participating in any litigation activities") *Travelers Prop. Cas. Co. of Am. v. Liberty Surplus Ins. Co.*, No. 2:16-2752 WBS EFB, 2018 U.S. Dist. LEXIS 28948, at *3 (E.D. Cal. Feb. 22, 2018). *Pro-Com Prods. v. Kings Express LA, Inc.*, No. CV 18-6035 DMG (SKx), 2018 U.S. Dist. LEXIS 181974 (C.D. Cal. Oct. 22, 2018). *B.G.N. Fremont Square Ltd. v. Chung*, No. CV 10-9749 GAF (RZx), 2011 U.S. Dist. LEXIS 161042 (C.D. Cal. Sep. 27, 2011). *Khoury Invs. Inc. v. Nationwide Mut. Ins. Co.*, No. CV 13-05415-MWF (Ex), 2013 U.S. Dist. LEXIS 203250 (C.D. Cal. Sep. 16, 2013). *Michael Levine, Inc. v. Apparel, LLC*, No. CV 21-3668-MWF (SKx), 2021 U.S. Dist. LEXIS 96673 (C.D. Cal. May 19, 2021). *Beltran v. Capitol Records, LLC*, No. 12-cv-1002 YGR, 2013 U.S. Dist. LEXIS 34312 (N.D. Cal. Mar. 12, 2013)

7. In an email from Mr. Frampton to Plaintiff on May 10, 2022, he admitted that he knows that his client is forfeited.

8. Wherefore, Plaintiff moves the Court to strike ECF Nos. 18 and 22 from the docket as improperly and illegally filed and to disbar Zachary Frampton from the federal bar of the Southern District of California, United States Federal District Court.

Dated: July 20, 2022

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff

MOTION TO STRIKE THE RESPONSE FILED AT ECF No. 18 and 22 and Disbar Frampton from Federal Bar - 7

22CV0215

**Cases**

*B.G.N. Fremont Square Ltd. v. Chung*, No. CV 10-9749 GAF (RZx), 2011 U.S. Dist. LEXIS 161042 (C.D. Cal. Sep. 27, 2011). .................................................. 6

*Beltran v. Capitol Records, LLC*, No. 12-cv-1002 YGR, 2013 U.S. Dist. LEXIS 34312 (N.D. Cal. Mar. 12, 2013) .................................................................. 7

*El Escorial Owners' Ass'n v. DLC Plastering, Inc.*, 154 Cal. App. 4th 1337, 1349-50, 65 Cal. Rptr. 3d 524, 534 (2007) .................................................................. 3

*Ferras v. Husqvarna Constr. Prods. N. Am.*, No. C 16-01081 SBA, 2016 U.S. Dist. LEXIS 85605 (N.D. Cal. June 30, 2016) ................................................... 5

*Fresno Rock Taco, LLC v. Nat'l Sur. Corp.*, No. CV F 11-0845 LJO BAM, 2012 U.S. Dist. LEXIS 73286 (E.D. Cal. May 24, 2012) .................................................. 5

*Khoury Invs. Inc. v. Nationwide Mut. Ins. Co.*, No. CV 13-05415-MWF (Ex), 2013 U.S. Dist. LEXIS 203250 (C.D. Cal. Sep. 16, 2013) ........................................... 7

*Michael Levine, Inc. v. Apparel, LLC*, No. CV 21-3668-MWF (SKx), 2021 U.S. Dist. LEXIS 96673 (C.D. Cal. May 19, 2021) .................................................. 6

*Palm Valley Homeowners Ass'n Inc. v. Design MTC*, 85 Cal. App. 4th 553, 560, 102 Cal. Rptr. 2d 350 (4th Dist. 2000) .................................................................. 5

*Pro-Com Prods. v. Kings Express LA, Inc.*, No. CV 18-6035 DMG (SKx), 2018 U.S. Dist. LEXIS 181974 (C.D. Cal. Oct. 22, 2018) ............................................. 6

*Reed v. Norman* (1957) 48 Cal.2d 338, 343 [309 P.2d 809] .................................... 3

*Travelers Prop. Cas. Co. of Am. v. Liberty Surplus Ins. Co.*, No. 2:16-2752 WBS EFB, 2018 U.S. Dist. LEXIS 28948, at *3 (E.D. Cal. Feb. 22, 2018) ................... 6

*United Medical Management Ltd. v. Gatto*, 49 Cal.App.4th 1732, 1741 (1996) ....... 5

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter and have served on Defendant as follows:

**22-cv-00215-JO-BGS Notice has been electronically mailed to:**

I have also mailed and emailed a copy of this document to Defendant.

HOLLAND & KNIGHT LLP
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

and by US Mail, postage pre-paid, first class to:

HOLLAND & KNIGHT LLP
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

As well as all other CM/ECF users registered in this matter.

I swear under penalty of perjury that the above was served as stated.
Dated: July 20, 2022

/S/ Anton Ewing
Anton Ewing

MOTION TO STRIKE THE RESPONSE FILED AT ECF No. 18 and 22 and Disbar Frampton from Federal Bar - 9

22CV0215