UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ANTON A. EWING,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>Defendant. | Case No.: 22-cv-215-JO-DDL<br><br>**ORDER SETTING STATUS CONFERENCE** |
|---|---|

On September 27, 2022, the undersigned's chambers received a series of emails from Plaintiff Anton A. Ewing ("Plaintiff") and counsel for Defendant Premium Merchant Funding One, LLC ("Defendant"). In those emails, Defendant requested the issuance of an Order to Show Cause; Plaintiff sought leave to file a motion for an Order to Show Cause why Defendant's counsel should not be held in contempt; and in a separate email, Plaintiff purported to place Defendant's counsel under citizen's arrest.

Good cause appearing, the parties are hereby **ORDERED** to appear *in person* for a status conference before Magistrate Judge David D. Leshner on **October 3, 2022**, at **11:00 a.m.** in **Courtroom 3D**, located at **221 West Broadway, San Diego, California 92101**.

///

///

Under the Court's Chambers Rules, telephone calls and emails to chambers "are permitted only for administrative matters such as scheduling and calendaring, and to bring discovery disputes to the Court's attention pursuant to these Rules." *See* Chambers Rules, § I.  The Court will not issue an order or provide other relief based upon an informal email.

The Court expects all litigants and counsel to fully comply with the Court's Chambers Rules and the District's Local Civil Rules, which "serve as safeguards to ensure that the principles of equity and fairness govern the procedural course of all litigation." *See* CivLR 2.1.  Among the rules with which the Court expects compliance is Civil Local Rule 2.1, which requires the parties to (among other things) treat each other with respect and to extend reasonable professional courtesies to one another.  Simply put, in all dealings with each other, the parties must comply with "the principles of civility and professionalism" contained in Civil Local Rule 2.1.

The parties must immediately cease any misuse of the chambers e-file email address, which includes sending emails requesting an Order to Show Cause or other similar relief from the Court.  Additionally, the Court will not tolerate any further accusations of criminal conduct by either party or communications threatening to conduct a citizen's arrest.  Any future violations of Chambers Rules or the Civil Local Rules may result in sanctions.

**IT IS SO ORDERED.**

Dated:  September 27, 2022

_____
Honorable David D. Leshner
United States Magistrate Judge