# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 22-cv-00215-JO-DDL |
| TITLE: | Ewing v. Premium Merchant Funding One, LLC |
| FILED DATE: 10/11/2022 | DOCUMENT NO.: 52 |
| DOCUMENT TITLE: | Declaration of Anton Ewing |
| DOCUMENT FILED BY: | Anton Ewing |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

In accordance with the stay entered by this Court on October 12, 2022, the Court strikes Plaintiff's declaration at Dkt. 52. Defendant need not respond to Plaintiff's declaration.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [Click here] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: October 12, 2022    CHAMBERS OF: The Honorable Jinsook Ohta

cc: All Parties    By: _____