1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com
        abe.colman@hklaw.com

*Attorneys for Defendant*
*Premium Merchant Funding One, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTON A. EWING,<br><br>                    Plaintiff,<br><br>        vs.<br><br>PREMIUM MERCHANT<br>FUNDING ONE, LLC,<br><br>                    Defendant. | Case No.: 3:22-cv-00215-JO-DDL<br><br>**DECLARATION OF ZACHARY C. FRAMPTON IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S NOTICE OF MOTION AND MOTION FOR ORDER TO DISMISS THE CASE, REQUIRE PLAINTIFF TO RELEASE DEFENDANT'S TRADE NAME, AND TO AWARD ATTORNEY'S FEES**<br><br>Date:          April 19, 2023<br>Time:          9:00 A.M.<br>Courtroom:     4C<br><br>**PER CHAMBERS: NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint filed:  February 16, 2022<br><br>Hon. Judge Jinsook Ohta<br>Hon. Magistrate Judge David D. Leshner |

///
///
///

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 2.13.896.2400
Fax: 213.896.2450

DECLARATION OF ZACHARY C. FRAMPTON

<u>**DECLARATION OF ZACHARY C. FRAMPTON**</u>

I, Zachary C. Frampton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.     I am an attorney with the law firm of Holland & Knight, counsel of record in this action for Defendant Premium Merchant Funding One, LLC ("PMF").  I am over the age of eighteen and provide this declaration in connection with PMF's Motion for Order Directing Plaintiff to Release Defendant's Trade Name and Awarding Sanctions.  I have personal knowledge of the facts contained in this Declaration and if called upon to do so, could and would competently testify to these facts.

2.     Attached to this Declaration as **Exhibit A** is a true and correct copy of the September 19, 2022 Articles of Organization for the California Limited Liability Corporation ("LLC") named "Premium Merchant One, LLC," which were submitted with the organizer identified as C. Stark, but with Plaintiff's address.  *See* ECF No. 1-1 (Civil Cover Sheet).

3.     Attached to this Declaration as **Exhibit B** is a true and correct copy of the September 19, 2022 Articles of Organization for the California LLC, "Premium Merchant, LLC," which were submitted with the organizer identified as C. Stark, but with Plaintiff's address.  *See* ECF No. 1-1.

4.     Attached to this Declaration as **Exhibit C** is a true and correct copy of the September 19, 2022 Articles of Organization for the California LLC, "Premium Funding One," which were submitted with the organizer identified as C. Stark, but with Plaintiff's address.

5.     Attached to this Declaration as **Exhibit D** is a true and correct copy of the September 22, 2022   Articles of Organization for the California LLC, "Premium Merchant Loans, LLC," which were submitted with the organizer identified as C. Stark, but with Plaintiff's address. *See* ECF No. 1-1.

6.     Attached to this Declaration as **Exhibit E** is a true and correct copy of the October 7, 2022 statement of information submitted related to Plaintiff's LLC,

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

1  Premium Merchant Funding One, LLC. The Statement of Information substitutes "C.

2  Stark" for Plaintiff as the agent for the service of process for the LLC, but retains

3  Plaintiff's address. *See* ECF No. 1-1.

4        7.    On November 1, 2022, PMF attempted to rectify the revivor issues by

5  once again changing its name, to "FAE Financing, LLC."  Attached to this Declaration

6  as **Exhibit F** is a true and correct copy of the corporate history showing the change

7  name found at https://bizfileonline.sos.ca.gov/search/business on the "view history"

8  link for the New York LLC, "Premium Merchant Funding One, LLC" (last visited on

9  January 23, 2023).

10        8.    On November 9, 2022, Articles of Organization for an LLC with a PMF's

11  newest name, "FAE Financing, LLC," were submitted with organizer identified as

12  Glenn Wilbor (Broker).  Attached to this Declaration as **Exhibit G** is a true and correct

13  copy of the November 9, 2022, Articles of Organization Articles of Organization for

14  the California LLC, "FAE Financing, LLC."  On January 23, 2023, after I informed

15  Plaintiff that PMF would be filing this motion for sanctions, Plaintiff emailed me a

16  purported signed declaration from Glenn Wilbor stating: "Anton Ewing did not ask me

17  to set up FAE Financing, LLC."

18        9.    On November 9, 2022, PMF's revivor was denied by the FTB.  *See* Ex.

19  F.

20        10.    On November 29, 2022, PMF attempted to rectify the revivor issues by

21  once again changing its name, to "Premium Funding, LLC."  *See* Ex. F.

22        11.    On November 30, 2022, PMF was able to complete its revivor with the

23  name Premium Funding, LLC.  *See* Ex. F.

24        12.    Attached to this Declaration as **Exhibit H**  is a true and correct copy of a

25  letter dated November 29, 2022 from Plaintiff to me.

26        13.    Attached to this Declaration as **Exhibit I**  is a true and correct copy of an

27  email I received from Plaintiff on October 10, 2022.

28

- 3 -

DECLARATION OF ZACHARY C. FRAMPTON

14.     Attached to this Declaration as **Exhibit J** is a true and correct copy of an email I received from Plaintiff on January 21, 2023.

15.     Attached to this Declaration as **Exhibit K** is a true and correct copy of an email I received from Plaintiff on October 3, 2022 in which Plaintiff attached an email to the Courtroom Deputy for the Honorable David O. Carter, District Judge in the Central District of California.

16.     Attached to this Declaration as **Exhibit L** is a true and correct copy of an email I received from a Plaintiff's attorney in an unrelated matter on October 3, 2022 forwarding an email from Plaintiff earlier the same day.

17.     On at least two occasions, Plaintiff informed me that he temporarily blocked my and my colleague's email addresses, including during the entire duration of the stay in this case.

18.     My law firm has spent well over 100 hours (for which PMF has paid tens of thousands of dollars) responding to Plaintiff's motions, seeking a stay over Plaintiff's opposition, and assisting PMF with reorganizing itself over Plaintiff's many efforts to thwart this process.

19.     Plaintiff has repeatedly informed me that he intends to record all phone calls with me or my colleagues despite our refusal to be recorded.

20.     Prior to the stay in this action, Plaintiff repeatedly asked to meet and confer by phone about a motion he intended to file without telling me anything about the nature of the purported motion.  Because I refused to confer with Plaintiff without knowing the substance of the motion, Plaintiff emailed three different secretaries at mylaw firm, without copying me on the emails, and asked (without my permission) that my secretaries unilaterally place a call on my calendar with Plaintiff.  Attached to this Declaration as **Exhibit M** is a true and correct copy of the emails Plaintiff sent to my secretaries on October 3, 2022 and October 4, 2022.  Attached as **Exhibit N** is a true and correct copy of an email Plaintiff sent to my secretary on October 4, 2022.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

- 4 -

DECLARATION OF ZACHARY C. FRAMPTON

21. My client informed me that he spoke with an attorney with the California Secretary of State who advised that PMF could recover its trade name, "Premium Merchant Funding, LLC,"  if the Court issues an Order finding that the LLC was created "for an unlawful, false, or fraudulent purpose, to promote or conduct an illegitimate object or purpose, or is being requested or submitted in bad faith or for the purpose of harassing or defrauding a person or entity." Gov't Code § 12181.

22. On January 20, 2023, I emailed Plaintiff and informed him that PMF would be filing this motion for sanctions and explained the basis for PMF's motion. Plaintiff indicated that he intended to oppose the motion and file his own motion for sanctions against me (including, by re-filing the previous five motions that were denied).

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on January 25, 2023, in Los Angeles, California.

                                    /s/ Zachary C. Frampton
                                    Zachary C. Frampton

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

DECLARATION OF ZACHARY C. FRAMPTON

# EXHIBIT A



202252513555



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: 202252513555 |
| Date Filed: 9/19/2022 |

| | |
| --- | --- |
| Limited Liability Company Name | |
| Limited Liability Company Name | Premium Merchant One, LLC |
| Initial Street Address of Principal Office of LLC | |
| Principal Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |
| Initial Mailing Address of LLC | |
| Mailing Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |
| Attention | |
| Agent for Service of Process | |
| Agent Name | C. Stark |
| Agent Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |

Purpose Statement

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Management Structure

| The LLC will be managed by | One Manager |
| --- | --- |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*C. Stark*
_____
Organizer Signature

*09/19/2022*
_____
Date

B1108-3689 09/19/2022 9:17 AM Received by California Secretary of State

# EXHIBIT B

202252513564



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

# -FILED-

File No.: 202252513564

Date Filed: 9/19/2022

| Limited Liability Company Name | |
|---|---|
| Limited Liability Company Name | Premium Merchant, LLC |

| Initial Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |

| Initial Mailing Address of LLC | |
|---|---|
| Mailing Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |
| Attention | |

| Agent for Service of Process | |
|---|---|
| Agent Name | C. Stark |
| Agent Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |

**Purpose Statement**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

| Management Structure | |
|---|---|
| The LLC will be managed by | One Manager |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒  By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*C. Stark*
_____
Organizer Signature

*09/19/2022*
_____
Date

B1108-3757  09/19/2022  9:20 AM Received by California Secretary of State

# EXHIBIT C



202252513575



## STATE OF CALIFORNIA
*Office of the Secretary of State*
### ARTICLES OF ORGANIZATION
### CA LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

# -FILED-

File No.: 202252513575

Date Filed: 9/19/2022

| Limited Liability Company Name | |
|---|---|
| Limited Liability Company Name | Premium Funding One, LLC |

| Initial Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |

| Initial Mailing Address of LLC | |
|---|---|
| Mailing Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |
| Attention | |

| Agent for Service of Process | |
|---|---|
| Agent Name | C. Stark |
| Agent Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |

**Purpose Statement**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

| Management Structure | |
|---|---|
| The LLC will be managed by | One Manager |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*C. Stark*      *09/19/2022*

Organizer Signature      Date

B1108-3856 09/19/2022 9:23 AM Received by California Secretary of State

# EXHIBIT D

202252611203



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION
CA LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: 202252611203 |
| Date Filed: 9/22/2022 |

| Limited Liability Company Name | |
| --- | --- |
| Limited Liability Company Name | Premium Merchant Loans, LLC |

| Initial Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |

| Initial Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |
| Attention | |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | C Stark |
| Agent Address | 3077 CLAIREMONT DRIVE #372<br>SAN DIEGO, CA 92117 |

**Purpose Statement**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

| Management Structure | |
| --- | --- |
| The LLC will be managed by | One Manager |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*C. Stark*
_____
Organizer Signature

*09/22/2022*
_____
Date

B1120-5419 09/22/2022 7:31 PM Received by California Secretary of State

# EXHIBIT E

BA20220954828



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20220954828 |
| Date Filed: 10/7/2022 |

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | Premium Merchant Funding One, LLC |
| Entity No. | 202250717519 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 3077 CLAIREMONT DRIVE 372 SAN DIEGO, CA 92117 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 3077 CLAIREMONT DRIVE 372 SAN DIEGO, CA 92117 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | 3077 CLAIREMONT DRIVE 372 SAN DIEGO, CA 92117 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| + C. Stark | 3077 CLAIREMONT DRIVE 372 SAN DIEGO, CA 92117 |

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | C. Stark |
| Agent Address | 3077 CLAIREMONT DRIVE 372 SAN DIEGO, CA 92117 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | holding |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B1161-2820 10/07/2022 1:39 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*C. Stark*                                          *10/07/2022*
_____          _____
Signature                                          Date

B1161-2821 10/07/2022 1:39 PM Received by California Secretary of State

EXHIBIT F

1/23/23, 10:52 AM

Search | California Secretary of State

# History

Collapse All

## System Amendment - FTB Revivor · 11/30/2022

*Amendment Type*
System Amendment - FTB Revivor

*Control ID*
BA20221189808

*Date*
11/30/2022

| Field Name | Changed From | Changed To |
| --- | --- | --- |
| Filing Status | Forfeited - FTB | Active |
| FTB - Standing | Not Good | Good |

## Amendment - Name Change Only · 11/29/2022

*Amendment Type*
Amendment - Name Change Only

*Control ID*
BA20221177229

*Date*
11/29/2022

*Image Download*
⊗ Download

| Field Name | Changed From | Changed To |
| --- | --- | --- |
| Filing Name | FAE Financing LLC | Premium Funding LLC |
| Foreign Name | | PREMIUM MERCHANT FUNDING ONE, LLC |

## System Amendment - FTB Revivor Denial · 11/9/2022

*Amendment Type*
System Amendment - FTB Revivor Denial

*Control ID*
BA20221106496

*Date*
11/9/2022

## Amendment - Name Change Only · 11/1/2022

*Amendment Type*
Amendment - Name Change Only

*Control ID*
BA20221062966

*Date*
11/1/2022

*Image Download*
⊗ Download

| Field Name | Changed From | Changed To |
| --- | --- | --- |
| Filing Name | PREMIUM MERCHANT FUNDING, LLC | FAE Financing LLC |
| Foreign Name | PREMIUM MERCHANT FUNDING ONE, LLC | |

## System Amendment - FTB Revivor Denial · 9/14/2022

*Amendment Type*
System Amendment - FTB Revivor Denial

*Control ID*
BA20220845014

*Date*
9/14/2022

## Amendment - Name Change Only · 8/24/2022

*Amendment Type*
Amendment - Name Change Only

*Control ID*
BA20220723590

*Date*
8/24/2022

*Image Download*
⊗ Download

| Field Name | Changed From | Changed To |
| --- | --- | --- |
| Filing Name | PREMIUM MERCHANT FUNDING ONE, LLC | PREMIUM MERCHANT FUNDING, LLC |
| Foreign Name | | PREMIUM MERCHANT FUNDING ONE, LLC |

# EXHIBIT G

202253215160



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: 202253215160 |
| Date Filed: 11/7/2022 |

---

**Limited Liability Company Name**

| Limited Liability Company Name | FAE Financing, LLC |
|---|---|

**Initial Street Address of Principal Office of LLC**

| Principal Address | 8483 RUN OF THE KNOLLS<br>SAN DIEGO, CA 92127 |
|---|---|

**Initial Mailing Address of LLC**

| Mailing Address | 8483 RUN OF THE KNOLLS<br>SAN DIEGO, CA 92127 |
|---|---|
| Attention | Glenn Wilbor, Broker |

**Agent for Service of Process**

| Agent Name | Glenn Wilbor Broker |
|---|---|
| Agent Address | 8483 RUN OF THE KNOLLS<br>SAN DIEGO, CA 92127 |

**Purpose Statement**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**Management Structure**

| The LLC will be managed by | All LLC Member(s) |
|---|---|

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Glenn Wilbor, Broker*
_____
Organizer Signature

*11/07/2022*
_____
Date

B1232-5999 11/07/2022 11:52 AM Received by California Secretary of State

# EXHIBIT H

990071-280199

SAN DIEGO CA 920

21 NOV 2022 PM 3

**RECEIVED**

NOV 28 2022

**HOLLAND & KNIGHT**

Zachary C. Flanagan, ESC
400 South Hope Street, 8th Floor
Los Angeles, CA 90071



November 18, 2022

Anton A. Ewing (not an attorney)
3077 Clairemont Drive, Suite 372
San Diego, CA 92117
619-719-9640

Zachary C. Frampton, Esq.
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

     RE:  Premium Merchant Funding One, LLC

Dear Mr. Frampton:

     I have written you several letters and you have failed to respond to any of them. This violates Local Rule 2.1. I will be information Judge Ohta about each letter and your failure to respond.

     I am again informing you that you can have the LLC but you need to reimburse me for all of my fees and costs directly associated with setting it up. This is the only fair and reasonable way to transfer the LLC.

     Judge Ohta was very clear about the "reset" in this matter and you agreed, on the record, to be polite and professional and to obey and follow Local Rule 2.1. I trust that this letter will give you the proper notice to comply with your promise to the District Judge.

     Thank you for your time and consideration. Please note that I am not an attorney and I cannot practice law in any state, including California. As you are well aware, I am not a member of the California State Bar.

Regards,

Anton A. Ewing
(not an attorney)

# EXHIBIT I

**Frampton, Zachary C (CCC - X52413)**

| | |
|---|---|
| **From:** | Anton Ewing <anton@antonewing.com> |
| **Sent:** | Monday, October 10, 2022 10:53 AM |
| **To:** | Frampton, Zachary C (CCC - X52413) |
| **Cc:** | intake@calbar.ca.gov; Vaghashia, Jaymin |
| **Subject:** | Ewing vs. Premium |

*[External email]*
Dear Mr. Frampton:

If your client is still forfeited on 10/12/2022 during the hearing with Juge Ohta, are you still going to make an appearance?

"like a corporation suspended for failure to pay taxes under Revenue and Taxation Code section 23301, disabled from participating in **any litigation activities**." *Palm Valley Homeowners Ass'n v. Design Mtc*, 85 Cal. App. 4th 553, 560, 102 Cal. Rptr. 2d 350, 354-55 (2000)

"This obviously includes the right to sue or defend a lawsuit **or even to appear in the lawsuit**…" (*Ibid*.)" " *Travelers Prop. Cas. Co. of Am. v. Engel Insulation, Inc*., 29 Cal. App. 5th 830, 836-37, 240 Cal. Rptr. 3d 623, 628 (2018)

The law says that you are not allowed to engage in any litigation activities, including even appearing in a lawsuit.  You have been put on notice.

Thank you and have nice day.

# EXHIBIT J

**Frampton, Zachary C (CCC - X52413)**

| | |
|---|---|
| **From:** | Anton Ewing <anton@antonewing.com> |
| **Sent:** | Saturday, January 21, 2023 4:23 PM |
| **To:** | Frampton, Zachary C (CCC - X52413) |
| **Cc:** | Colman, Abraham J (LAX - X52412) |
| **Subject:** | RE: Ewing v. PMF - 22cv215 |

*[External email]*
Judge Leshner was very clear about a "reset" in this matter.

Judge Ohta was very clear about a "reset" in this matter.

I wrote you a dozen letters offering the LLC to you and failed to communicate or respond.

If you file a motion as set forth in your email below, rest assured that I will be bring back onto calendar all the motions I filed as they are all "without prejudice" and that allows me to refile them.

Minute Order dismissing 10 Motion to Strike as moot without prejudice 13 MOTION Disbar Attorney as moot without prejudice, 17 Third Motion to Disbar Attorney Frampton as moot without prejudice, 20 Fourth Motion to Disbar as moot without prejudice, 24 MOTION to Strike 18 Response in Opposition to Motion, 22 Reply - Other MOTION Disbar Attorney as moot without prejudice; See ECF 53

I paid for the LLC.  You do not get it for free.  Bring your motion, but I warn you that it is frivolous and the cost of drafting such a motion far exceeds the cost of reimbursing me for the money I paid to set it up.

All calls with you must be recorded because you CANNOT be trusted to refrain from making up false facts.  At least with a recording, you will not be able to say that I said something that I did not in fact say.  We have to be polite and cordial with eachother.  We do not have to like or trust eachother.  I have rights and I am going to enforce my rights.  Further,  I am not going to give up any rights either.

Please show me exactly where Judge Ohta gave a direct, explicit order, commanding me to hand over the LLC to you.  It is not in the transcript.

This is a highly unusual case and it requires highly unusual mechanisms, like recording your conversations with me.  If you want an order from Judge Leshner to the contrary, please follow his rules and comply with them in full.

---

**From:** Frampton, Zachary C (CCC - X52413) <Zac.Frampton@hklaw.com>
**Sent:** Friday, January 20, 2023 11:59 AM
**To:** Anton Ewing <anton@antonewing.com>
**Cc:** Colman, Abraham J (LAX - X52412) <Abe.Colman@hklaw.com>
**Subject:** Ewing v. PMF - 22cv215

Mr. Ewing,

1

I write regarding our upcoming motions and the Rule 26 conference.

As to the meet and confer requirement for motions, I believe you are correct about the exception for *pro se* litigants in Judge Ohta's Chamber Rules.  Nonetheless, I want to give you the courtesy of summarizing the arguments contained in our forthcoming motion so that you can have an opportunity to respond by email.

- First, we are seeking an order from the Court requiring you to relinquish the LLC you created on May 16, 2022 named "Premium Merchant Funding One, LLC" because you created the LLC in bad faith and for purposes of harassment in violation of Gov't Code § 12181.
- Second, we are seeking an order dismissing the case based on your repeated violations of Court orders.  Most recently, after Judge Ohta ordered you to refrain from blocking my client's attempts at revivor, the evidence indicates that you created yet another LLC in bad faith.  Your flagrant defiance of Court orders is grounds for terminating sanctions.

As to the Rule 26f conference, we will be filing an ex parte request that the Court continue the ENE and CMC pending ruling on our motion for terminating sanctions.  If our motion is granted, the CMC and ENE will not go forward.

Note also, I am happy to get on the phone with you.  However, you have repeatedly represented that you record all phone calls, which is not appropriate, as Judge Leshner informed you at the October 3, 2022 hearing.  *See* Transcript at p. 24 ("I will tell you this, Mr. Ewing. If you are preparing a joint plan, sir, it would be highly unusual for one party to insist on recording that as you're working on a joint plan.").

Finally, I reject and dispute all of your accusations that I have engaged in wrongdoing.

Thank you and have a nice weekend.

Zac

**Zachary C. Frampton | Holland & Knight**
213.896.2413

**From:** Anton Ewing <anton@antonewing.com>
**Sent:** Wednesday, January 18, 2023 12:49 PM
**To:** Frampton, Zachary C (CCC - X52413) <Zac.Frampton@hklaw.com>
**Subject:** 22cv215

*[External email]*
You failed to inform the Court today about the nine letters I wrote to you offering to hand over the name if you reimburse me filing fees.

That you informed the Court that I "held your client hostage"

That is deceit by an attorney upon the Court.

Chambers rules appear to exempt any kind of meet and confer requirement as a pro se litigant who is also not an attorney.

If you believe that we need to meet and confer via telephone prior to my filing for sanctions against you, please let me know.

Thank you and have a nice day sir.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

# EXHIBIT K

**From:**     Anton Ewing
**To:**       Frampton, Zachary C (CCC - X52413)
**Subject:**  FW: 22cv-01059
**Date:**     Monday, October 3, 2022 2:47:03 PM
**Attachments:** image001.png

*[External email]*
I was rather surprised to see Mr. Colman and not see you this morning.

Mr. Colman asserted to the Court that you were busy with another Judge and could not make it.

Mr. Colman is an attorney of record on the case with Judge Carter but not on 22cv215 with Judge Leshner.

Why did you decide to not show up for my case and to switch with Mr. Colman with Judge Carter?

It takes 2 hours and 15 minutes, approximately, to drive from your office to the federal court in San Diego.  Assuming traffic and parking, Mr. Colman would have had to leave LA by at least 8:30 AM to make it.

The hearing with Judge Carter was just a scheduling conference that was reset to tomorrow morning.

This is not a threat.  I am being polite and professional here.  I just want to make sure that what was asserted to Judge Leshner was true and accurate.  It appears (my opinion only) that you did not need to be at the scheduling conference with Judge Carter as that was a very brief hearing and Mr. Colman could have easily conducted that.  Further, it was not a complicated matter with Judge Carter, the hearing lasted all of 14 minutes and moreover, it was merely reset to 7:30 AM tomorrow.  Mr. Colman asserted to Judge Leshner that you were involved in some complicated and complex matter with Judge Carter.  In addition, Mr. Colman could not have known what Judge Carter was going to do or what time he was going to call the matter until AFTER Mr. Colman and you had previously decided to have him come to San Diego and you go to Judge Carter.  That decision was made much earlier by the two of you.


Also, you have not provide me with a meet and confer date and time yet.


**From:** DOCChambers <DOC_Chambers@cacd.uscourts.gov>
**Sent:** Monday, October 3, 2022 1:36 PM
**To:** Anton Ewing <anton@antonewing.com>
**Subject:** RE: 22cv-01059

Case was called at 9:00 am, counsel conferred with the Court. The Court took a recess to allow the parties to make phone calls and ordered the parties back.
Case was recalled at 10:05 AM and concluded at 10:19AM. Scheduling conference is continued to

tomorrow at 7:30 AM.

Best,



**KARLEN DUBON**
COURTROOM DEPUTY CLERK
FOR THE HON. DAVID O. CARTER, U.S. DISTRICT JUDGE
**UNITED STATES DISTRICT COURT**
**CALIFORNIA CENTRAL DISTRICT COURT**
411 West Fourth Street
Santa Ana, CA 92701
Office: (714) 338-4543    Fax: (714) 338-4762
Email: Karlen_Dubon@cacd.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# EXHIBIT L

| From: | Sasan Mirkarimi |
|-------|-----------------|
| To: | Frampton, Zachary C (CCC - X52413) |
| Subject: | Fwd: 22cv1059 |
| Date: | Monday, October 3, 2022 3:31:26 PM |

*[External email]*
FYI



## Sasan Mirkarimi

**Managing Partner**
**Equity Legal LLP**

- Phone: 619-650-6116
- Direct: 619-350-6122
- Email: sasan@equitylegalllp.com
- Address: 600 W Broadway Suite 700 San Diego, CA 92101
- Website: www.equitylegalllp.com

 Book Your Free 15-Minute Consultation Today Equity Legal LLP

CONFIDENTIAL: The information contained in this communication, including its attachments may contain confidential information and is intended only for the individual (s) or entity (ies) to whom it is addressed . The information contained in this communication may also be protected by legal privilege, federal law or other applicable law. If you are not the intended recipient of this communication , you are hereby notified that any distribution, dissemination or duplication of this communication is strictly prohibited. If you have received this communication in error please immediately delete and destroy all copies of this message and please immediately notify the sender of the error by separate communication . Thank you.

Begin forwarded message:

**From:** Anton Ewing <anton@antonewing.com>
**Subject: 22cv1059**
**Date:** October 3, 2022 at 12:37:44 PM PDT
**To:** "sasan@equitylegalllp.com" <sasan@equitylegalllp.com>

did you have a "long hearing" today with Frampton in Judge Carter's courtroom?

Mr. Colman asserted to Judge Leshner that Mr. Frampton could not make to the court ordered in person hearing today in San Diego because Mr. Frampton was being told by Judge Carter sit tight and wait.

I find Mr. Colman's statement unbelievable.

Please call me at 619-719-9640 if you could.

Sincerely appreciate it.

thanks,
Anton

# EXHIBIT M

**Frampton, Zachary C (CCC - X52413)**

| | |
|---|---|
| **From:** | Perez, Rosanna (LAX - X52416) |
| **Sent:** | Tuesday, October 4, 2022 3:19 PM |
| **To:** | Frampton, Zachary C (CCC - X52413) |
| **Subject:** | FW: Ewing v. Premium Merchant Funding One, LLC - Transcript Order |

See Mr. Ewing's email.

---

**From:** Anton Ewing <anton@antonewing.com>
**Sent:** Tuesday, October 4, 2022 3:17 PM
**To:** Perez, Rosanna (LAX - X52416) <Rosanna.Perez@hklaw.com>
**Subject:** RE: Ewing v. Premium Merchant Funding One, LLC - Transcript Order

*[External email]*
Rosanna,

Does Mr. Frampton have any opening on his calendar for a 20 minute call at any time in the next 20 days?

---

**From:** Perez, Rosanna (LAX - X52416) <Rosanna.Perez@hklaw.com>
**Sent:** Tuesday, October 4, 2022 2:59 PM
**To:** Anton Ewing <anton@antonewing.com>
**Cc:** Frampton, Zachary C (CCC - X52413) <Zac.Frampton@hklaw.com>
**Subject:** Ewing v. Premium Merchant Funding One, LLC - Transcript Order

Pursuant to Mr. Frampton's request, attached please find a Transcript Order form in connection with the above-referenced matter.

**Rosanna Perez** | **Holland & Knight**
Practice Assistant
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2416 | Fax 213.896.2450
rosanna.perez@hklaw.com | www.hklaw.com

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

**Frampton, Zachary C (CCC - X52413)**

| | |
|---|---|
| **From:** | Del Real, Carolina (LAX - X52552) |
| **Sent:** | Tuesday, October 4, 2022 3:50 PM |
| **To:** | Frampton, Zachary C (CCC - X52413) |
| **Cc:** | Ceballos, Yvonne (LAX - X52417) |
| **Subject:** | FW: 22cv215 |

Zac,
I received the below email.

**Carolina Del Real** | **Holland & Knight**
Practice Assistant
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2552 | Fax 213.896.2450
carolina.delreal@hklaw.com | www.hklaw.com

**From:** Anton Ewing <anton@antonewing.com>
**Sent:** Monday, October 3, 2022 2:59 PM
**To:** Ceballos, Yvonne (LAX - X52417) <Yvonne.Ceballos@hklaw.com>; Del Real, Carolina (LAX - X52552)
<Carolina.DelReal@hklaw.com>
**Subject:** 22cv215

*[External email]*
Please provide me with a date and time on Mr. Frampton's calendar that he is next available for a meet and confer.

Thank you

# EXHIBIT N

## Frampton, Zachary C (CCC - X52413)

| | |
|---|---|
| **From:** | Anton Ewing <anton@antonewing.com> |
| **Sent:** | Tuesday, October 4, 2022 3:12 PM |
| **To:** | Perez, Rosanna (LAX - X52416) |
| **Cc:** | Frampton, Zachary C (CCC - X52413) |
| **Subject:** | RE: Ewing v. Premium Merchant Funding One, LLC - Transcript Order |

*[External email]*

So Mr. Frampton is able to communicate with you but not with me?  I asked him for a meet and confer date and time and he has not responded to me.  That is not nice.

I will inform the Court.

**From:** Perez, Rosanna (LAX - X52416) <Rosanna.Perez@hklaw.com>
**Sent:** Tuesday, October 4, 2022 2:59 PM
**To:** Anton Ewing <anton@antonewing.com>
**Cc:** Frampton, Zachary C (CCC - X52413) <Zac.Frampton@hklaw.com>
**Subject:** Ewing v. Premium Merchant Funding One, LLC - Transcript Order

Pursuant to Mr. Frampton's request, attached please find a Transcript Order form in connection with the above-referenced matter.

**Rosanna Perez** | **Holland & Knight**
Practice Assistant
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2416 | Fax 213.896.2450
rosanna.perez@hklaw.com | www.hklaw.com

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

1

**<u>CERTIFICATE OF SERVICE</u>**

2

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, CA 90071.

3

4

     On January 25, 2023, I served the foregoing document described as:

5

**DECLARATION OF ZACHARY C. FRAMPTON IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S NOTICE OF MOTION AND MOTION FOR ORDER TO DISMISS THE CASE, REQUIRE PLAINTIFF TO RELEASE DEFENDANT'S TRADE NAME, AND TO AWARD ATTORNEY'S FEES**
on all interested parties in this action

6

7

8

Anton A. Ewing
3077 B Clairmont Drive #372
San Diego, CA 92117
Anton@antonewing.com

9

10

11

[ X ]     **(BY ELECTRONIC SERVICE)** On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

12

13

14

[ X ]     **(FEDERAL)**    I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

15

16

Executed on **January 25, 2023**, at Los Angeles, California.

17

18

19

                                                _____
                                                   Rosanna Perez

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

- 1 -
PROOF OF SERVICE