# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton A. Ewing,<br><br>   Plaintiff,<br><br>vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>Defendant. | Case No.: 3:22-cv-00215-JO-BGS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S MOTION FOR ORDER TO DISMISS CASE, REQUIRE PLAINTIFF TO RELEASE DEFENDANT'S TRADE NAME, AND TO AWARD ATTORNEY'S FEES**<br><br>Date:   April 19, 2023<br>Time:   9:00 A.M.<br>Courtroom: 4C<br><br>**PER CHAMBERS: NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Complaint filed: February 16, 2022<br><br>Judge Jinsook Ohta<br>Magistrate Judge Bernard G. Skomal |

-1-
[PROPOSED] ORDER


# [PROPOSED] ORDER

Having considered Defendant Premium Merchant Funding One, LLC's ("PMF") Motion for an Order directing Plaintiff Anton A. Ewing ("Plaintiff") for terminating sanctions, attorney's fees, and to release PMF's original trade name to PMF("Motion") and all briefing in support of and in opposition to the Application, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

- This Court hereby dismisses this case with prejudice based on a finding that Plaintiff has engaged in bad-faith conduct that warrants dismissal.
- Plaintiff is ordered to relinquish "Premium Merchant Funding, LLC" based on a finding that Plaintiff created this LLC in bad faith and for purposes of blocking PMF's efforts to revive its corporate status in California.
- Plaintiff is ordered to pay PMF for its attorney's fees and costs related to PMF's efforts to revive its corporate status, respond to Plaintiff's motions, and respond to Plaintiff's Opposition to PMF's request for a stay in an amount to be determined by the Court. PMF is to file a motion requesting attorney's fees and costs by _____. Plaintiff has until _____ to respond. PMF may file an optional reply brief on or before _____.

The Court retains jurisdiction of this matter to decide the fee motion and to ensure Plaintiff's compliance with the Court's Orders.

**IT IS SO ORDERED**

DATED: _____, 2023.

Hon. Judge Jinsook Ohta
United States District Court Judge

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, CA 90071.

On January 25, 2023, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S MOTION FOR ORDER TO DISMISS THE CASE, REQUIRE PLAINTIFF TO RELEASE DEFENDANT'S TRADE NAME, AND TO AWARD ATTORNEY'S FEES**
on all interested parties in this action

> Anton A. Ewing
> 3077 B Clairmont Drive #372
> San Diego, CA 92117
> Anton@antonewing.com

**[ X ]**     **(BY ELECTRONIC SERVICE)** On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

**[ X ]**     **(FEDERAL)**     I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on **January 25, 2023**, at Los Angeles, California.

_____
Rosanna Perez

- 1 -
PROOF OF SERVICE