UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                                    Plaintiff,<br><br>v.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>                                    Defendant. | Case No.:  22-cv-215-JO-DDL<br><br>**ORDER:**<br><br>(1) **DENYING** *EX PARTE* **APPLICATION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>and<br><br>(2) **DENYING REQUEST FOR JUDICIAL NOTICE**<br><br>**[Dkt. Nos. 65, 69]** |

Before the Court is Defendant's *Ex Parte* Application to Continue Case Management Conference, Early Neutral Evaluation and Related Deadlines (the "Application"). Dkt. No. 65. Plaintiff opposes the request and in connection with his opposition has filed a Request for Judicial Notice. Dkt. No. 69. For the reasons stated below, the Application is **DENIED** and the Request for Judicial Notice is **DENIED**.

/ / /

The Court finds that Defendant has not established good cause to continue the Early Neutral Evaluation and Case Management Conference.  The Court is not persuaded that requiring the parties to litigate presents a "hardship" for Defendant.  *See* Dkt. No. 65-1 at 17.  The District Court lifted the stay on January 18, 2023.  If Defendant believes the matter should be stayed further – because of its pending motion for sanctions or for any other reason – it must seek such relief from the District Court.  In the absence of an order staying the case, the matter will proceed.  The *Ex Parte* Application [Dkt. No. 65] is therefore **DENIED**.

Plaintiff requests that the Court take judicial notice of a civil complaint filed against Defendant in the Southern District of New York.  The Court declines to do so.  It is not necessary for the Court to take judicial notice of a civil complaint to establish whether a federal statute "grant[s]" the Court any particular "power [or] authority." Dkt. No. 69 at 3.  Moreover, the complaint, its allegations, and the fact of its filing did not bear on the Court's determination that Defendant has not established good cause to delay the conference.  Accordingly, Plaintiff's Request for Judicial Notice is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
Hon. David D. Leshner
United States Magistrate Judge