HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com
        abe.colman@hklaw.com

*Attorneys for Defendant*
*Premium Merchant Funding One, LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>              Plaintiff,<br><br>     vs.<br><br>PREMIUM MERCHANT<br>FUNDING ONE, LLC,<br><br>              Defendant. | Case No.: 3:22-cv-00215-JO-DDL<br><br>**DECLARATION OF ZACHARY C. FRAMPTON IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint filed:  February 16, 2022<br><br><br>Hon. Judge Jinsook Ohta<br>Hon. Magistrate Judge David D. Leshner |

///

///

///

///

DECLARATION OF ZACHARY C. FRAMPTON

*Holland & Knight LLP*
*400 South Hope Street, 8th Floor*
*Los Angeles, CA 90071*
*Tel: 2.13.896.2400*
*Fax: 213.896.2450*

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

## DECLARATION OF ZACHARY C. FRAMPTON

I, Zachary C. Frampton, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Holland & Knight, counsel of record in this action for Defendant Premium Merchant Funding One, LLC ("PMF"). I am over the age of eighteen and provide this declaration in connection with PMF's *Ex Parte* Application to Continue Case Management Conference and Early Neutral Evaluation and Related Deadlines (collectively, the "Conference"). I have personal knowledge of the facts contained in this Declaration and if called upon to do so, could and would competently testify to these facts.

2. On January 20, 2023, I emailed Plaintiff and gave notice that PMF intended to move *ex parte* for an order continuing the Conference currently set for February 23, 2023, pending ruling on PMF's Motion. I also set forth the basis for this request. Attached to this Declaration as **Exhibit A** is a true and correct copy of the January 20, 2023 email correspondence.

3. On January 31, 2023, Judge Leshner denied the *ex parte* application but noted: "If Defendant believes the matter should be stayed further – because of its pending motion for sanctions or for any other reason – it must seek such relief from the District Court." ECF No. 72. That same day, I emailed Plaintiff and gave notice that PMF would refashion its *ex parte* application as a request for a stay of the case or, in the alternative, a continuance of the Conference directed to Judge Ohta. Attached to this Declaration as **Exhibit B** is a true and correct copy of the January 31, 2023 email correspondence.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on February 1, 2023, in Los Angeles, California.

_/s/ Zachary C. Frampton_
Zachary C. Frampton

# EXHIBIT A

| From: | Frampton, Zachary C (CCC - X52413) |
|---|---|
| To: | Anton Ewing |
| Cc: | Colman, Abraham J (LAX - X52412) |
| Subject: | Ewing v. PMF - 22cv215 |
| Date: | Friday, January 20, 2023 11:59:23 AM |

Mr. Ewing,

I write regarding our upcoming motions and the Rule 26 conference.

As to the meet and confer requirement for motions, I believe you are correct about the exception for *pro se* litigants in Judge Ohta's Chamber Rules.  Nonetheless, I want to give you the courtesy of summarizing the arguments contained in our forthcoming motion so that you can have an opportunity to respond by email.

- First, we are seeking an order from the Court requiring you to relinquish the LLC you created on May 16, 2022 named "Premium Merchant Funding One, LLC" because you created the LLC in bad faith and for purposes of harassment in violation of Gov't Code § 12181.
- Second, we are seeking an order dismissing the case based on your repeated violations of Court orders.  Most recently, after Judge Ohta ordered you to refrain from blocking my client's attempts at revivor, the evidence indicates that you created yet another LLC in bad faith.  Your flagrant defiance of Court orders is grounds for terminating sanctions.

As to the Rule 26f conference, we will be filing an ex parte request that the Court continue the ENE and CMC pending ruling on our motion for terminating sanctions.  If our motion is granted, the CMC and ENE will not go forward.

Note also, I am happy to get on the phone with you.  However, you have repeatedly represented that you record all phone calls, which is not appropriate, as Judge Leshner informed you at the October 3, 2022 hearing.  *See* Transcript at p. 24 ("I will tell you this, Mr. Ewing. If you are preparing a joint plan, sir, it would be highly unusual for one party to insist on recording that as you're working on a joint plan.").

Finally, I reject and dispute all of your accusations that I have engaged in wrongdoing.

Thank you and have a nice weekend.

Zac

**Zachary C. Frampton** | **Holland & Knight**
213.896.2413

---

**From:** Anton Ewing <anton@antonewing.com>
**Sent:** Wednesday, January 18, 2023 12:49 PM
**To:** Frampton, Zachary C (CCC - X52413) <Zac.Frampton@hklaw.com>
**Subject:** 22cv215

*[External email]*
You failed to inform the Court today about the nine letters I wrote to you offering to hand over the name if you reimburse me filing fees.

That you informed the Court that I "held your client hostage"

That is deceit by an attorney upon the Court.

Chambers rules appear to exempt any kind of meet and confer requirement as a pro se litigant who is also not an attorney.

If you believe that we need to meet and confer via telephone prior to my filing for sanctions against you, please let me know.

Thank you and have a nice day sir.

# EXHIBIT B

| | |
|---|---|
| **From:** | Frampton, Zachary C (CCC - X52413) |
| **To:** | Anton Ewing; Colman, Abraham J (LAX - X52412) |
| **Subject:** | Ewing v. PMF - Notice of Ex Parte |
| **Date:** | Tuesday, January 31, 2023 12:18:27 PM |

Mr. Ewing,

In light of Judge Leshner's ruling on our ex parte to continue the CMC/ENE and the Judge's comment that we need to file our ex parte with Judge Ohta, we intend to re-file the ex parte as a request for a stay directed to Judge Ohta.  As we discussed, your understanding (and ours) is that Judge Ohta's rules do not require a telephonic meet and confer prior to filing such motions because you are unrepresented.  Even so, we are emailing you this notice as a courtesy.

Have a nice day.

Thanks,
Zac

**Zachary C. Frampton** | **Holland & Knight**
Associate
Holland & Knight LLP
400 South Hope Street, 8th Floor | Los Angeles, California 90071
Phone 213.896.2413 | Fax 213.896.2450
zac.frampton@hklaw.com | www.hklaw.com