UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton A. Ewing,<br><br>            Plaintiff,<br><br>      vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>Defendant. | Case No.: 3:22-cv-00215-JO-DDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE EARLY NEUTRAL EVALUATION AND RELATED DEADLINES**<br><br>Complaint filed: February 16, 2022<br><br>Judge Jinsook Ohta<br>Magistrate Judge David D. Leshner |

///
///
///
///
///

-1-
[PROPOSED] ORDER

# [PROPOSED] ORDER

Having considered Defendant Premium Merchant Funding One, LLC's ("PMF") *Ex Parte* Application ("Application") to Continue Case Management Conference Early Neutral Evaluation and Related Deadlines, and all documents and briefing in support of and in opposition to the Application, the Court hereby **GRANTS** the Application and **ORDERS** that:

This Matter is stayed. The Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") (collectively the "Conference") currently set for February 23, 2023 is cancelled and all deadlines associated with the Conference and otherwise pending in this case are vacated.

[OR ALTERNATIVELY]

The Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") (collectively the "Conference") currently set for February 23, 2023 is continued to _____ pending ruling on PMF's Motion for an Order to Dismiss the Case, Require Plaintiff to Release PMF's Trade Name, and to Award Attorney's Fees (ECF No. 64).

**IT IS SO ORDERED**

DATED:_____, 2023.

Hon. Judge Jinsook Ohta
United States District Court Judge