HOLLAND & KNIGHT LLP
Zachary C. Frampton (SBN 303225)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
E-mail: zac.frampton@hklaw.com

*Attorneys for Defendant
Premium Merchant Funding One, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>             Plaintiff,<br><br>      vs.<br><br>PREMIUM MERCHANT FUNDING ONE, LLC,<br><br>             Defendant. | Case No.: 3:22-cv-00215-JO-DDL<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint filed: February 16, 2022<br><br>Judge Jinsook Ohta<br>Magistrate Judge David D. Leshner |

///
///
///
///
///

- 1 -
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, CA 90071.

On **February 1, 2023**, I served the foregoing document described as:

1. **DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S *EX PARTE* APPLICATION TO STAY CASE OR CONTINUE CASE MANAGEMENT CONFERENCE PENDING RULING ON SANCTIONS MOTION;**

2. **DECLARATION OF ZACHARY C. FRAMPTON IN SUPPORT OF DEFENDANT PREMIUM MERCHANT FUNDING ONE, LLC'S *EX PARTE* APPLICATION TO STAY CASE OR CONTINUE CASE MANAGEMENT CONFERENCE PENDING RULING ON SANCTIONS MOTION;**

3. **PROPOSED ORDER**

on all interested parties in this action

Anton A. Ewing
3077 B Clairmont Drive #372
San Diego, CA 92117
Anton@antonewing.com

[ X ]   **(BY ELECTRONIC SERVICE)**  On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

[ X ]   **(FEDERAL)**   I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

Executed on **February 1, 2023**, at Los Angeles, California.

Zachary C. Frampton